UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NI NE TRADING COMPANY,<br>Plaintiff,<br>v.<br>UNI-PIXEL INC., et al.,<br>Defendants. | Case No. 17-cv-02187 NC<br><br>**ORDER TO SHOW CAUSE RE: PRO SE REPRESENTATION OF COMPANY; AND**<br>**ORDER DENYING REQUEST FOR ELECTRONIC CASE FILING ACCESS**<br><br>Re: Dkt. No. 5 |

Clint S. Miller, the "sole proprietor" of Ni Ne Trading Company, filed a breach of contract complaint against Uni-Pixel, Inc. on April 19, 2017. Dkt. No. 1. Ni Ne has not retained an attorney, and Miller seeks to proceed on behalf of Ni Ne pro se. Miller may not do so.

Northern District of California Civil Local Rule 3-9(b) provides that "[a] corporation, unincorporated association, partnership or other such entity" must be represented by an attorney who is a member of the Northern District of California's bar. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("corporations, partnerships, or associations" are not allowed "to appear in federal court otherwise than through a licensed attorney"). Thus, the Court ORDERS Miller to show cause why the Court should not require him to retain an attorney on behalf of Ni Ne by May 19, 2017. In the alternative, Miller may amend the complaint to clarify

Case No. 17-cv-02187 NC

that he, not Ni Ne Trading Company, is the correct plaintiff.

Because the Court finds Miller may not represent Ni Ne on a pro se basis, the Court also denies him Electronic Case Filing (ECF) access. Dkt. No. 5. Local Rule 5-1(c)(1), (4), and (5) only allows an attorney of record, or someone they authorize, to electronically file documents.

The Court further informs Miller that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 - 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am - 12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated: May 8, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-02187 NC            2